Kevin R. Sutherland (State Bar No. 163746)
Benedict E. Idemundia (State Bar No. 289386)
Celia K. Rosas (State Bar No. 327453)
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
       benedict.idemundia@clydeco.us
       celia.rosas@clydeco.us

Attorneys for Defendant
EMIRATES

Stuart R. Fraenkel (State Bar No. 173991)
Nicole C. Andersen (State Bar No. 281218)
Gabriel Beugelmans (State Bar No. 315377)
NELSON & FRAENKEL LLP
601 S. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: stuart@nflawfirm.com
       nandersen@nflawfirm.com
       gbeugelmans@nflawfirm.com

Attorney for Plaintiff
SAJID BASHIR AHMED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJID BASHIR AHMED, an individual | Case No. 2:20-cv-05284 PA(JPRx) |
| Plaintiff, | ORDER RE DISMISSAL WITH PREJUDICE |
| v. | Trial Date: June 29, 2021 |
| EMIRATES dba EMIRATES AIRLINES, a corporation, DOES 1-10, inclusive, | |
| Defendants. | |

The Court, having reviewed the Stipulation Re Dismissal With Prejudice between plaintiff Sajid Bashir Ahmed and defendant Emirates, by their attorneys of

7784710

record.

IT IS HEREBY ORDERED:

Plaintiff's complaint is dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own fees and costs of suit.

IT IS SO ORDERED.

DATED: April 6, 2021

Percy Anderson
UNITED STATES DISTRICT JUDGE